7-12-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 1 3 2015

Abel Acosta, Clerk

83,264-01,02

TO: Court of Criminal Appeals clerk Abel Acosta

From: ANTWAIN JARMAR Tutson TDCJ# 1864462

Reason: Request of cost for Non certified

copies of writ of habeas corpus

Trct. No. W-66 889-01-E / WR 83 264-01

and Trct. No W-66-888-01-E / WR 83 264-02

Dear Mr Acosta,
Hello my name is

ANTWAIN JARMAR Tutson TDCJ # 1864462

I am writing to you for the purposes

of obtaining (2) Non certified copies of

the above writs. I have wrote my

county District clerk with no results

in this matter. I would greatly appreciate

if you could send me the information

I need to obtain these copies of my writs Please. Your assistance will be greatly appreciated in this matter Thank you for your time and patience.

Sincerely

7-12-15

Please respond to:

ANTWAIN JARMAR TUTSON 1864462
COFFIELD UNIT
2661. F.M. 2054
TENNESSEE COLONY, TX 75884